IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02464-WYD-BNB

RHONDA DIETERICH,

Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Consistent with matters discussed on the record this morning, IT IS ORDERED:

(1)     On or before April 1, 2013, plaintiff's counsel shall cause a letter to be delivered to defense counsel outlining in as much detail as possible the deficiencies plaintiff's counsel perceives in the defendant's responses to the written discovery and describing specifically the information or documents plaintiff's counsel believes he needs or is entitled to under the discovery;

(2)     On or before April 8, 2013, defense counsel shall contact plaintiff's counsel by telephone or in person, as the lawyers may agree, to respond informally to the letter, clarify any uncertainties, and further confer about the discovery at issue;

(3)     On or before April 11, 2013, the defendant shall serve electronically, by facsimile, or by hand delivery its supplemental discovery responses in conformity with the formalities of the Federal Rules of Civil Procedure and produce any additional documents to which the plaintiff is entitled.  Defense counsel shall also file a copy of the letter and the defendant's supplemental discovery responses; and

(4)     A telephonic status conference is set for April 15, 2013, at 3:00 p.m., to discuss any remaining discovery issues and to address plaintiff's Amended Motion to Extend Discovery Cutoff and Dispositive Motion Deadline [Doc. # 32].  Plaintiff's counsel shall initiate the conference call, join defense counsel, and then contact the court at 303-844-6408.

DATED:  March 26, 2013