IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02464-WYD-BNB | Date: April 15, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| RHONDA DIETERICH<br>**Plaintiff(s)** | *David M. Larson* |
| v. | |
| STELLAR RECOVERY, INC.<br>**Defendant(s)** | *Joseph J. Lico* |

## COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session:  3:11 p.m.

Appearance of counsel.

Discussion held on remaining issues regarding [27] Motion to Compel Defendant's Responses to Plaintiff's Interrogatories and Requests for Production of Documents.  Remaining issue is BBB records, defense counsel will resend.

**ORDERED:   [27] Motion to Compel Defendant's Responses to Plaintiff's Interrogatories and Requests for Production of Documents is DENIED AS MOOT.**

Discussion held on [32] Amended Motion for Order to Extend Discovery Cutoff.

**ORDERED:   [32] Amended Motion for Order to Extend Discovery Cutoff is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  3:18 p.m.    Hearing concluded.    Total time in Court: 00:07

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119